Judge Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>TRISTAN SIMPSON BRENNAND,<br><br>Defendant. | NO. CR15-384RSL<br><br>**STIPULATED ORDER CONTINUING TERMS OF SUPERVISION**<br><br>~~(Proposed)~~ |

The Court, having considered the parties' stipulated motion, HEREBY ORDERS that the terms of supervised release continue in full effect.

The pending disposition hearing is hereby STRICKEN.

DATED this 12th day of December, 2019.

_/s/ Robert S. Lasnik_
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Order Continuing Terms of Supervision
(United States v. Brennand, CR15-384RSL) - 1

Presented by:

s/ Thomas M. Woods
THOMAS M. WOODS
Assistant United States Attorney

Order Continuing Terms of Supervision
(United States v. Brennand, CR15-384RSL) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970